**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7594**

ANTHONY COLEMAN,

Plaintiff - Appellant,

v.

DR. FURMAN, MD, Physician; NURSE CUSHION BERRY, Lt. Nurse;
NURSE GAINS; MS. ROBINSON, Captain Medical Division; MR.
VENABLE, Major, Head of Kitchen Employee; MR. THOMPKIN, Lt.
Employee; SARGEANT HALL, (Mr.) Sgt. Employee; MR. SAGE,
Deputy Employee; MR. HARRIS, Deputy Employee; MR. DAVIS,
Deputy Employee; MR. PARHAM, Deputy Employee; JOHN DOE,
Dentist Employee,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:08-cv-00607-GBL-TCB)

Submitted: February 19, 2009     Decided: February 24, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Coleman seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Coleman v. Furman, No. 1:08-cv-00607-GBL-TCB (E.D. Va. filed July 20, 2008 & entered July 21, 2008). We also deny Coleman's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED